# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

In the matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

**One Maxtor computer hard drive, serial #L307VQSH, taken from 386 East Saunders Road, Lot B303, Dothan, Alabama**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 07 mj 85-CSC

I __David E. Henderson__ being duly sworn depose and say:

I am a(n) __Special Agent, Immigration and Customs Enforcement__ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**One Maxtor computer hard drive, serial #L307VQSH, taken from 386 East Saunders Road, Lot B303, Dothan, Alabama**

in the __Middle__ District of __Alabama__

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment A**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**pertaining to the illegal production, distribution, receipt, and possession of child pornography**

concerning a violations of Title 18, United States Code, Sections 2252(a) and 2252A.

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

__September 20, 2007__       at       __Montgomery, Alabama__
Date                                           City and State

__Charles S. Coody, U.S. Magistrate Judge__
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT

I, David E. Henderson, being duly sworn, depose and state:

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Assistant Special Agent in Charge office in Mobile, Alabama stationed in Montgomery, Alabama. I have been so employed since November of 2000. As part of my daily duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants many of which involved child exploitation and/or child pornography offenses.

2. This Affidavit is in support of an application for a search warrant for:

> **One Maxtor computer hard drive, serial # L307VQSH, taken from 386 East Saunders Road, Lot B303, Dothan, Alabama ("the SUBJECT PREMISES").**

3. I am familiar with the information contained in this Affidavit based upon the investigation I have conducted and based on my conversations with other law enforcement officers who have engaged in numerous investigations involving child pornography.

4. Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of 18 U.S.C. § 2252A are located within the computer hard drive found at the SUBJECT PREMISES. Any statements of others are set forth in this Affidavit in substance and in part.

5. As a result of the investigation described more fully below, there is probable cause to believe that evidence, fruits, and instrumentalities of violations of federal law, specifically 18 U.S.C. § 2252A, are present within the computer hard drive found at the SUBJECT PREMISES.

## Investigation

6. On August 1, 2007, Bay County, Florida Sheriff's Department Investigator J. Mathis was conducting undercover investigations on the Internet attempting to locate individuals in the Panama City, Florida area engaged in the possession/distribution of images of child pornography.

7. While searching the Internet, Investigator Mathis accessed a peer-to-peer network called "Phex" and conducted a search of peer-to-peer applications, which included peer-to-peer programs "Limewire" and "Bearshare". Investigator Mathis conducted a search of the peer-to-peer programs by utilizing search terms associated with possible images of child pornography.

8. While conducting the search, Investigator Mathis located a movie file titled "hot spermed little girls mix porno-lolitas-preteen-reelkiddymov-r@ygold-

hussyfans-underage-girls-children-pedofilia-pthc-ptsc-xxx-sexy". Upon downloading this file, Investigator Mathis observed images of prepubescent children engaged in oral sex with what appeared to be adult males.

9. Investigator Mathis then conducted an Internet Protocol (IP) search of all persons possessing that file. Investigator Mathis determined that one of the persons possessing that file was utilizing IP address 68.59.118.8. A further search revealed that the listed IP address was listed to Comcast in the Dothan, Alabama area.

10. Investigator Mathis then browsed the user of the IP address from Dothan, Alabama. Upon browsing the files, Investigator Mathis observed approximately 4,328 files which were primarily pornographic in nature. Investigator Mathis further observed that a large number of the files were titled as if containing images of child pornography.

11. Investigator Mathis then contacted Houston County, Alabama Sheriff's Department Investigator J. Brazier and advised him of the location of images of child pornography.

12. Upon response to a subpoena, Investigator Brazier was advised by Comcast that IP address 68.59.118.8 was subscribed to by **Phillip RISTER**. Comcast further provided an address of 386 East Saunders Road, Lot B303, in Dothan, Alabama ("the SUBJECT PREMISES") and telephone number (334) 678-1349 associated with **RISTER**.

13. On August 21, 2007, Investigators from the Houston County Sheriff's Department executed a state search warrant at the SUBJECT PREMISES. Upon

knocking and announcing at the residence, officers encountered Phillip **RISTER**, his wife, Nella Rister, along with other family members.

14.   Investigator Brazier along with other Investigators from the Houston County Sheriff's Department subsequently conducted an interview of **RISTER**. Prior to conducting the interview, **RISTER** was advised of his constitutional rights, as per Miranda. **RISTER** acknowledged orally and in writing that he understood his rights and proceeded to make a voluntary statement.

15.   **RISTER** freely and voluntarily stated that images of child pornography would be found on his computer.

16.   While conducting their search of the SUBJECT PREMISES, Investigators located a computer – a Dell Dimension computer, model 9100, bearing serial # FXDV181. The Dell computer contained a Maxtor hard drive, serial # L307VQSH. The computer, the hard drive, and various Compact Disks (CDs) and other computer media, along with assorted other items, were subsequently seized from the SUBJECT PREMISES and taken into custody.

17.   On August 21, 2007, the same date as the search, Investigator Brazier reviewed one of the CDs, labeled "Webb Kazaa Photos," that had been seized from the SUBJECT PREMISES. According to Investigator Brazier, the CD contained several images of suspected child pornography. Investigator Brazier stated that one of the images located on the CD depicted a prepubescent male and a prepubescent female engaging in sexually explicit acts of masturbation with an adult female.

18.     Title 18, United States Code, § 2252A, among other things, makes it a federal crime for any person to knowingly possess and/or receive child pornography that has been transported in interstate or foreign commerce by any means, including by computer.

19.     Based on the above information, there is probable cause to believe that 18 U.S.C. § 2252A has been violated, and that evidence of the offense(s) is located within the Maxtor computer hard drive, serial # L307VQSH, that was seized from the SUBJECT PREMISES.

                                                                         David E. Henderson
                                                                         Special Agent, ICE

Subscribed and sworn
before me this 20th day of September, 2007

_____
HON. CHARLES S. COODY
United States Magistrate Judge